| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-mail: ltfisher@bursor.com<br><br>*Attorneys for Plaintiff* | **SMALL LAW PC**<br>William F. Small (State Bar No. 253443)<br>Kelly Ann Tran (State Bar No. 254476)<br>402 W. Broadway, Ste. 1270<br>San Diego, CA 92101<br>Telephone: (619) 430-4793<br>Facsimile: (619) 664-4278<br>Email: will@smalllawcorp.com<br>kelly@smalllawcorp.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MIKALACKI,<br><br>                              Plaintiff,<br><br>     v.<br><br>BINDLE BOTTLE, LLC,<br><br>                              Defendant. | Case No. 3:23-cv-00881-VC<br><br>**REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Paragraph 54 of the Court's Standing Order for Civil Cases, Plaintiff Jennifer Mikalacki ("Plaintiff") and Defendant Bindle Bottle, LLC ("Defendant") (collectively, the "Parties") hereby requests that the Court dismiss the above-captioned action with prejudice. In support, Plaintiff states as follows:

Plaintiff has not yet moved for class certification, and no class has been certified. Defendant vigorously disputes Plaintiff's claims, and believes Plaintiff will encounter challenges in seeking class certification. In any event, no member of any putative class will be bound by the dismissal. Where, as here, Plaintiff does not seek dismissal of the class members' claims with prejudice, "they are not impacting the rights of potential class members." *Houston v. Cintas Corp.*, 2009 U.S. Dist. LEXIS 33704 (N.D. Cal. Apr. 3, 2009).

Moreover, further notice of the dismissal would not be warranted under *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989). First, Plaintiff is not aware of any putative class members who are relying on the pendency of this case, which has received little to no mainstream publicity and only rare mentions in the legal press. Second, the pendency of this putative class action tolled the applicable statute of limitations for individual members of the putative class. *See Am. Pipe & Constr. Co. v. Utah*, 414 U.S. 538, 553-54 (1988). To the extent that any individual member of some putative class has a viable claim, Plaintiff has no reason to believe that they will lose such a claim as a result of this dismissal. Third, Plaintiff's counsel represents that there has been no concession of putative class interests by the Plaintiff or their counsel, much less in order to further their own interests.

For all of these reasons, and because notification to unidentified putative class members, if possible, would be inordinately burdensome and costly, Plaintiff respectfully submits that further notice of the dismissal is unwarranted. Plaintiff thus hereby requests that the Court dismiss the entire Action with prejudice.

| | |
|---|---|
| Dated: January 30, 2025 | Respectfully submitted, |
| By: */s/ L. Timothy Fisher* | By: */s/Kelly Ann Tran* |
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br><br>*Attorneys for Plaintiff* | **SMALL LAW PC**<br>William F. Small (State Bar No. 253443)<br>Kelly Ann Tran (State Bar No. 254476)<br>402 W. Broadway, Ste. 1270<br>San Diego, CA 92101<br>Telephone: (619) 430-4793<br>Facsimile: (619) 664-4278<br>Email: will@smalllawcorp.com<br>kelly@smalllawcorp.com<br><br>*Attorneys for Defendant* |

## SIGNATURE ATTESTATION

I, L. Timothy Fisher, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: January 30, 2025             */s/ L. Timothy Fisher*
                                                        L. Timothy Fisher