**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

**SMALL LAW PC**
William F. Small (State Bar No. 253443)
Kelly Ann Tran (State Bar No. 254476)
402 W. Broadway, Ste. 1270
San Diego, CA 92101
Telephone: (619) 430-4793
Facsimile: (619) 664-4278
Email: will@smalllawcorp.com
kelly@smalllawcorp.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MIKALACKI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>BINDLE BOTTLE, LLC,<br><br>                              Defendant. | Case No.  3:23-cv-00881-VC<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

**[PROPOSED] ORDER**

Pursuant to the parties' Request for Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT, Plaintiff Jennifer Mikalacki's individual claims are dismissed with prejudice, with the parties to bear their respective fees and costs, except as otherwise provided by written agreement.

**IT IS SO ORDERED.**

Dated:  February 3, 2025

_____
Vince Chhabria
United States District Judge